**IN RE: Leroy Charles GRIFFITH, Debtor.**

**Leroy Charles Griffith, Plaintiff–Appellant,**

v.

**United States of America, Defendant–Appellee.**

**No. 97–4845.**

United States Court of Appeals, Eleventh Circuit.

Aug. 6, 1999.

Robert L. Roth, Attorney at Law, Coral Gables, FL, for Plaintiff–Appellant.

Laurie Snyder, Tax Division, Department of Justice, Bruce R. Ellisen, Dept. of Justice, Appellate Tax Division, John A. Dudeck, Jr., Department of Justice, Appellate Section, Washington, DC, for Defendant–Appellee.

William A. Keefer, Miami, FL, for Defendant–Appellee.

---

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.